UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV-16-4112-MWF (SKx)                    Date:  June 13, 2017
Title:    Shawn Berry -v- County of Los Angeles, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE ORDER TO SHOW CAUSE [42]

The Court previously ordered Plaintiff Shawn Berry **TO SHOW CAUSE** why this Court should not enter summary judgment against him, based on the evidence presented by Defendant. (Docket No. 42). Plaintiff was required to file his written Response to this Order to Show Cause by **May 30, 2017**. A sufficient Response would have consisted of (1) adequate evidence creating a genuine issue of material fact in support of the allegations of the Complaint; or (2) appearance of new counsel of record. Plaintiff was warned that failure to respond adequately to the Order to Show Cause would result in entry of summary judgment and/or dismissal for failure to prosecute.

Plaintiff failed to file any responsive document by May 30, 2017. Accordingly, the Court concludes that summary judgment is appropriate.

The Court grants judgment in favor of Defendant County of Los Angeles on each of Plaintiff's claims.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.